| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 4:05-M-21-001 (GMF) |
| | RECEIVED MAR 29 2006 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA | DOCKET NUMBER *(Rec. Court)* |
| | | 4:06-CR-00018 TWH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Georgia | DIVISION Columbus |
|---|---|---|
| Dustin L. Armstrong 136 Brentwood Street Fort Morgan, CO 80701-2404 | NAME OF SENTENCING JUDGE G. Mallon Faircloth | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 06/24/2005 | TO 06/23/2006 |

OFFENSE

Marijuana, Possession

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Disrict of Alaska upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/17/06
Date

G. Mallon Faircloth
U.S. Magistrate Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISRICT OF ALASKA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 2006
Effective Date

U. S. Magistrate Judge