IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

VS                                          COURT NO. 4:05-MJ- ㅅ l  (GMF)

DUSTIN L. ARMSTRONG

---

THE UNITED STATES CHARGES:

COUNT I

VIOLATION NO. A1349499

That on or about January 5, 2005, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DUSTIN L. ARMSTRONG, did unlawfully possess a controlled substance, to wit: marijuana; in violation of Title 21, United States Code, Section 844.

MAXWELL WOOD
UNITED STATES ATTORNEY

*Rebecca K. Connally*

By:  REBECCA K. CONNALLY
SPECIAL ASSISTANT UNITED STATES ATTORNEY