# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case Number: |
| vs. | **WARRANT FOR ARREST** |
| Dustin Armstrong | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Dustin Armstrong and bring him forthwith to the nearest Magistrate Judge to answer a probation violation petition charging him with eight violations of his term of probation.

_____
Terrance W. Hall
U.S. Magistrate Judge

29 March 2006
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

**REDACTED ADDRESS**

Fairbanks, Alaska

| Date Received: 3-29-06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 3-30-06 | DUSM Holland K. Sands | [signature] |

**SCANNED**