M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DUSTIN L. ARMSTRONG,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0018-TWH<br><br>**MOTION TO DISMISS ALLEGATIONS TWO, THREE, FIVE, SIX AND EIGHT OF PETITION TO REVOKE PROBATION** |

　　　　　Defendant, Dustin L. Armstrong, by and through counsel M. J. Haden, Staff Attorney, moves this court to dismiss allegations two, three, five, six and eight of the petition to revoke Mr. Armstrong's probation.  This motion is filed pursuant to Mr. Armstrong's right to be free from unreasonable searches and seizures under the Fourth Amendment, the Due Process and Double Jeopardy clause of the Fifth Amendment, United States v. Stephens, 424 F.3d 876 (9th Cir. 2005), and is supported by the attached memorandum of law.

DATED this 7th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden