# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Columbus)
# CRIMINAL DOCKET FOR CASE #: 4:05-mj-00021-GMF-ALL

Case title: USA v. Armstrong

Date Filed: 03/08/2005

Assigned to: U.S. Mag. Judge G. Mallon Faircloth

## Defendant

**Dustin L. Armstrong** (1)
*TERMINATED: 06/28/2005*

represented by **Dustin L. Armstrong**
PRO SE

## Pending Counts

21:844A=MP.M MARIJUANA - POSSESSION
(1)

## Disposition

12 months probation, $250.00 Fine, and $25.00 mandatory court assessment

## Highest Offense Level (Opening)

Misdemeanor

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Rebecca K. Connally**<br>Office of the Staff Judge Advocate<br>Building 5, Attn: ATFB-JA-MAG<br>Ft. Benning, GA 31905<br>706-545-1542<br>Email: rebecca.k.connally@us.army.mil<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2005 | 1 | INFORMATION as to Dustin L. Armstrong (1) count(s) 1 (tlf). (Entered: 03/09/2005) |
| 03/18/2005 | 3 | Minute Entry for proceedings held before Judge G. Mallon Faircloth :Arraignment as to Dustin L. Armstrong (1) Count 1 held on 3/18/2005, Initial Appearance as to Dustin L. Armstrong held on 3/18/2005 Plea entered by Dustin L. Armstrong (1) Count 1; Dustin L. Armstrong (1) Guilty Count 1 (tlf). (Entered: 03/18/2005) |
| 03/18/2005 | 4 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE by Dustin L. Armstrong (tlf). (Entered: 03/18/2005) |
| 03/18/2005 | | Terminate Deadlines and Hearings as to Dustin L. Armstrong: (tlf). (Entered: 03/18/2005) |
| 06/24/2005 | 5 | Minute Entry for proceedings held before Judge G. Mallon Faircloth :Sentencing held on 6/24/2005 for Dustin L. Armstrong (1), Count(s) 1, 12 months probation, $250.00 Fine, and $25.00 mandatory court assessment (tlf). (Entered: 06/27/2005) |
| 06/28/2005 | 6 | JUDGMENT as to Dustin L. Armstrong (1), Count(s) 1, 12 months probation, $250.00 Fine, and $25.00 mandatory court assessment . Signed by Judge G. Mallon Faircloth on 6/28/2005 (tlf). (Entered: 06/28/2005) |

**PACER Service Center**

*Transaction Receipt*

Exhibit A
Page 2 of 3

| 04/07/2006 16:19:24 | | | |
|---|---|---|---|
| **PACER Login:** | fp0071 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:05-mj-00021-GMF |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |