IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. __ARMSTRONG__

CASE NO: __4:06-CR-00018-TWH__

---

Defendant __DUSTIN L. ARMSTRONG__,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s)

____Paid cash bail in the amount of _____ to the Clerk of Court

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____Surrendered passport to the Clerk of Court

__X__Other _Released to U.S. Probation Officer_

Dated at __Fairbanks__, Alaska this __13__ day of __April__, 20__06__

**REDACTED SIGNATURE**

TERRANCE W. HALL
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 4/06)