DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )   | Case No. 4:06-cr-018-TWH |
|                                       )   | |
| Plaintiff,      )  | |
|                                       )   | **MOTION FOR ARREST** |
| vs.                             )  | **WARRANT** |
|                                       )   | |
| DUSTIN L. ARMSTRONG,          )  | |
|                                       )   | |
| Defendant.        )  | |

    Plaintiff moves the Court to issue a Warrant of arrest for the defendant above named, for the reason that defendant has violated his terms of release as Ordered by this court on April 13, 2006. U.S. Probation Officer, Toni Ostanik, reported the notice of violation to this office in a letter dated April 24, 2006, a copy of which was also sent to the Court on the same date.

 For reasons stated in the letter, Plaintiff is requesting a warrant of arrest to issue, terminating defendant's conditions of release and that defendant be detained at the Fairbanks Correctional Center.

 RESPECTFULLY SUBMITTED this __25th___ day of April, 2006, at Fairbanks, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Stephen Cooper
        STEPHEN COOPER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, AK 99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        E-mail: stephen.cooper@usdoj.gov
        AK #6911028