DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-018-TWH |
|---|---|---|
| Plaintiff, | ) | [proposed] |
| | ) | **ORDER** |
| vs. | ) | |
| DUSTIN L. ARMSTRONG, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Plaintiff's Motion for an Arrest Warrant is GRANTED.

DATED this _____ day of April, 2006 at Fairbanks, Alaska.

_____
TERRANCE W. HALL
United States Magistrate Judge