AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

DUSTIN ARMSTRONG

**WARRANT FOR ARREST**

CASE NUMBER: 4:06-cr-00018-TWH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Dustin Armstrong and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[] Indictment   [] Information   [] Complaint   [X] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense): Violation of Pretrial Release

Ida Romack
Name of Issuing Officer

by _____ Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ Detention

Clerk of Court
Title of Issuing Officer

April 26, 2006 at Fairbanks, Alaska
Date and Location

by Terrance W. Hall, US Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _North Star Center Fairbanks Alaska_

DATE RECEIVED: 4-26-06
DATE OF ARREST: 4-26-06

NAME AND TITLE OF ARRESTING OFFICER: DUSM Holland Sands

SIGNATURE OF ARRESTING OFFICER: Holland R. Sands