

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and U.S. Courthouse
101-12th. Ave. #336
Fairbanks, Alaska   99701

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference: *Prisoner in Federal Custody*

NAME: ARMSTRONG, Dustin L.

DATE OF BIRTH: 09/24/1986

CHARGE: Violation of Pretrial Release

CASE NUMBER: 4:06-cr-00018-TWH

PLACE HELD: FCC Fairbanks

DATE OF ARREST: 04/26/2006

TIME OF ARREST: 4:45 pm

PLACE ARRESTED: North Star Center

ARRESTED BY: USMS Fairbanks

REMARKS: _____

BOOKED IN ENGLISH:   YES __x__   No ____
Language: _____

**Please call Holland Sands or Don Bennett at (907)-456-0246 in regards to this notice of arrest.  Thank you.**