UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

DUSTIN L. ARMSTRONG

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed JUNE 24, 2005 in the Middle District of Georgia)
Case Number: 4:06-CR-00018-TWH

M.J. HADEN
Defendant's Attorney

Defendant's probation officer filed a petition on ___03/29/2006___ accusing defendant of _8_ violations of the conditions of supervision provided in the original judgment. Defendant denied allegations 1-8 of petition. All necessary hearings have been conducted. The court finds that the following violations are proved

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1. | Mandatory | driving without license, and underage possession/ consumption of alcohol. | 09/22/2005 | C |

**VIOLATIONS 2 - 3, 5 - 6, AND 8 CONTINUED ON PAGE 2**

The court finds that the following accusations are not proved: __4 and 7__.

The court finds that defendant's criminal history category is __I__.

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 3 through 4 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 15, 2006
Date of Disposition Hearing

Signature of Judicial Officer

TERRANCE W. HALL, US MAGISTRATE JUDGE
Name & Title of Judicial Officer

16 June 2006
Date

AO

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 2. | Special#1 | Failed to comply with drug testing. | 12/27/2005 | C |
| 3. | Standard#3 | Failed to answer truthfully when questioned by probation officer. | 01/05/2006 | C |
| 5. | Mandatory | Tested positive on urinalysis for presence of opiates. | 02/02/2006 | C |
| 6. | Standard#3 | Failed to answer truthfully when questioned by probation officer. | 02/02/2006 | C |
| 8. | Mandatory | Tested positive on urinalysis for presence of marijuana. | 03/02/2006 | C |

AO245.REV

Defendant: DUSTIN L. ARMSTRONG                Amended Judgment--Page _3_ of _4_
Case No.:  4:06-CR-00018-TWH

## IMPRISONMENT ON REVOCATION OF PROBATION

Defendant's supervised release [_]  probation [X]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __4 MONTHS (120 DAYS)__.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
     [_] at _____ a.m./p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
     [_]  before 2 p.m. on _____.
     [_]  as notified by the United States Marshal.
     [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
   Deputy Marshal

AO245.REV

Defendant: DUSTIN L. ARMSTRONG         Amended Judgment--Page 4 of 4
Case No.: 4:06-CR-00018-TWH

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation [_] is modified as follows:

Defendant shall submit to one drug test within fifteen (15) days of release from imprisonment, and to two periodic tests thereafter, not to exceed twelve (12) tests per month as directed by the Probation Officer.

The term of supervision is not [_] is [X] extended as follows:

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of eight (8) months.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV