**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   DUSTIN L. ARMSTRONG

IDA ROMACK, CLERK OF COURT

Deputy Clerk                                    CASE NO.   4:06-cr-00018-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **CLERK'S NOTICE** OF APPEAL OF U.S. MAGISTRATE JUDGE
DECISION                                                   DATE: July 5, 2006

       Defendant filed a Notice of Appeal to a judge of the U.S. District Court from the U.S. Magistrate Judge's order dated 06/16/2006.  This matter is assigned to Judge RALPH R. BEISTLINE; all further filings shall bear the U.S. District Court case number: 4:06-cr-00018-RRB. The Notice of Appeal has been entered, and a file-stamped copy of said Notice is enclosed.  Defendant has ten (10) days from receipt of this notification to order a transcript or duplicate recording tape for appeal purposes.  A copy of such request must be filed with this court.  If defendant has not ordered a transcript or tape within ten (10) days, the record on appeal shall be deemed complete for appeal purposes.

       To order the necessary tape or transcript, defendant shall complete the enclosed form AO 435 (Transcript Order) or AO 436 (Tape Order) as well as the Transcript Designation Form and return it to this office.

       Once the record on appeal is complete a Clerk's Notice certifying the record will be forwarded to the parties designating the time for the filing of appeal briefs.

[]{Rev.12/03}