MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DUSTIN L. ARMSTRONG__   CASE NO. _4:06-CR-00018-TWH_
Defendant:_X_Present  _X_In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____CATHRINE CONKLIN_____

UNITED STATES' ATTORNEY: _____STEPHEN COOPER_____

DEFENDANT'S ATTORNEY: _____MJ HADEN_____

U.S.P.O.: _____TONI OSTANIK_____

PROCEEDINGS: INITIAL APPEARANCE ON VIOLATION OF CONDITIONS OF
RELEASE  Held: November 20, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:59 p.m. court convened.

X_Copy of Petition given to defendant. X_Waived reading.

X_Defendant advised of violation allegations.

X_Defendant advised of general rights. X_Waived full advisement.

X_Federal Public Defender appointed. MJ Haden to represent the defendant.

X_Defendant **DENIED** allegations _1-4 of the Petition to Revoke Term of Supervised Release._

X_Defendant detained.

X_Order of Detention Pending Trial **FILED**.

X_Termination of Supervised Release hearing set for November 30, 2006 at 1:30 p.m.

At 2:12 p.m. court adjourned.


DATE: _November 20, 2006_   DEPUTY CLERK'S INITIALS: ___cxc___