```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __DUSTIN L. ARMSTRONG__    CASE NO. _4:06-CR-00018-TWH_
Defendant: _X_ Present   _X_ In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE:            TERRANCE W. HALL

DEPUTY CLERK/RECORDER:           CATHRINE CONKLIN

UNITED STATES' ATTORNEY:         STEPHEN COOPER

DEFENDANT'S ATTORNEY:            MJ HADEN

U.S.P.O.:                        TONI OSTANIK

PROCEEDINGS: STATUS CONFERENCE         Held: November 30, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:41 a.m. court convened.

Court and counsel heard re agreement.

Defendant **ADMITTED** allegations __1 and 4 of the Petition to Revoke Term of Supervised Release.__

Sentencing hearing set for **January 19, 2007 at 9:00 a.m.**

Defendant remained in custody.

At 12:01 p.m. court adjourned.

DATE: _December 1, 2006_    DEPUTY CLERK'S INITIALS:__cxc__