MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___DUSTIN L. ARMSTRONG___   CASE NO. 4:06-CR-00018-TWH
Defendant: X Present  X In Custody  __On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____CATHRINE CONKLIN_____

UNITED STATES' ATTORNEY: ___STEPHEN COOPER___

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____TONI OSTANIK_____

PROCEEDINGS: IMPOSITION OF SENTENCE     Held: January 19, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

X Court, counsel, and Probation Officer heard re Information for Disposition Memorandum submitted by U.S. Probation Officer Toni Ostanik.

X Sentence imposed as stated in the amended judgment.

X Defendant remained in custody of the U.S. Marshal.

At 9:05 a.m. court adjourned.

DATE: ___January 19, 2007___ DEPUTY CLERK'S INITIALS: ___cxc___