UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,      AMENDED JUDGMENT IN A CRIMINAL CASE
                                   (For Revocation of Probation or
    vs.                          Supervised Release)
                                   For Offenses Committed On or After
                                   November 1, 1987
DUSTIN L. ARMSTRONG            (Original Judgment filed June 24, 2005
                                   in the Middle District of Georgia)
                                   Case Number: 4:06-CR-00018-TWH
                                   M.J. Haden
                                   Defendant's Attorney

Defendant's probation officer filed a petition on 11/30/2006 accusing defendant of 4 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1 and 4 of the petition, allegations 2 and 3 are dismissed upon motion of the government. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1. | Mandatory | comply with drug testing | 10/25/2006 | C |
| 4. | Mandatory | comply with drug testing | 10/30/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

                                             January 19, 2007
                                             Date of Disposition

REDACTED SIGNATURE

Signature of Judicial Officer
TERRANCE W. HALL, US MAGISTRATE JUDGE
Name & Title of Judicial Officer

Date 19 Jan 2007

AO245.REV

Defendant: DUSTIN L. ARMSTRONG              Amended Judgment--Page 2 of 2
Case No.:    4:06-CR-00018-TWH

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [_]  probation [X]  having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __6 MONTHS (180 DAYS)__.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
          [_] at _____ a.m./p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
          [_] before 2 p.m. on _____.
          [_] as notified by the United States Marshal.
          [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                        _____
                                        United States Marshal

                                        By _____
                                             Deputy Marshal

AO245.REV